BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: Jack.Schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>DUANE ERNEST HIEBERT,<br><br>      Defendant. | No. 1:20-cr-00006-TMB-MMS<br><br>COUNT 1:<br>ATTEMPTED POSSESSION WITH<br>INTENT TO DISTRIBUTE A<br>CONTROLLED SUBSTANCE<br> Vio. of 21 U.S.C. § 846, 841(a)(1),<br>(b)(1)(A) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about March 17, 2020, within the District of Alaska, the defendant, DUANE ERNEST HIEBERT, did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, to wit: 50 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 846, 841(a)(1),(b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE:   July 21, 2020